IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Kimberly Harris Christopher, | ) | Civil Action No. 5:15-0581-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO REMAND PURSUANT TO
## SENTENCE SIX OF 42 U.S.C. § 405(g)

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorney, the Assistant United States Attorney for the District of South Carolina, has moved this Court, pursuant to sentence six of 42 U.S.C. § 405(g), for an order remanding this case to the Commissioner because evidence relied upon for the August 15, 2013 decision did not pertain to the Plaintiff in this case. Defendant contacted Plaintiff's counsel regarding this motion and Plaintiff does not object.

Pursuant to the power of this Court to enter an order remanding this case under sentence six of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REMANDS** the case to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), and the Commissioner shall remand the case, directing that the Plaintiff be given an opportunity for a new hearing and an Administrative Law Judge will issue a new decision on the case.

**AND IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

June 11, 2015