# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kimberly Harris Christopher <br> *Plaintiff* <br> v. <br> Nancy A. Berryhill, Acting Commissioner of Social Security <br> *Defendant* | Civil Action No. <br> 5:15-cv-581-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Upon consideration of Defendant's unopposed Motion for Entry of Judgment and the fully favorable ALJ decision, it is hereby ordered that Judgment for Plaintiff is entered pursuant to Fed.R.Civ.P. 58(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, who ordered that Judgment for Plaintiff be entered pursuant to Fed.R.Civ.P. 58(b).

Date: June 28, 2017

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*